Willie SURGEON, Appellant,

v.

STATE of Missouri, Respondent.

No. 63967.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 29.15 motion. We affirm. We find no error of law. Rule 84.16(b)(5). Further, we find the findings of fact issued by the motion court in denying Defendant's motion are not clearly erroneous. Rule 84.16(b)(2).

An opinion in this case would have no precedential value. Therefore, we affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.